UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUSTIN ROTH, BRANDON ROSE, and ALEXANDER FONSECA, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01460 |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| WOOT.COM LLC, as a wholly owned subsidiary of AMAZON.COM SERVICES LLC, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendant Woot.com LLC ("Woot") to respond to Plaintiffs Austin Roth, Brandon Rose, and Alexander Fonesca's ("Plaintiffs") Class Action Complaint. Dkt. # 9. Defendant's current deadline to file a responsive pleading is May 26, 2026. After considering the parties' stipulated motion, the applicable law, and the relevant portions of the record, the Court GRANTS the stipulated motion and sets August 10, 2026, as Woot's deadline to respond to Plaintiffs' Class Action Complaint.

Dated this 22nd day of May, 2026.

John H. Chun
John H. Chun
United States District Judge

ORDER GRANTING STIPULATION TO EXTEND
TIME TO RESPOND
(Case No. 2:26-CV-01460) – 1