UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUSTIN ROTH, BRANDON ROSE, and ALEXANDER FONSECA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WOOT.COM LLC, as a wholly owned subsidiary of AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:26-cv-01460<br><br>**STIPULATED MOTION AND ORDER TO STAGE BRIEFING ON MOTION TO STAY AND MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>August 5, 2026 |

Plaintiffs Austin Roth, Brandon Rose, and Alexander Fonesca and Defendant Woot.com LLC (together, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on April 29, 2026, Plaintiffs filed a putative class action lawsuit against Woot, including claims under the Video Privacy Protection Act, 18 U.S.C. § 2710 *et seq.* ("VPPA") (ECF No. 1);

WHEREAS, Woot's original deadline to answer or otherwise respond to the Complaint was May 26, 2026;

WHEREAS, the Parties stipulated to extend the responsive pleading deadline from May 26, 2026, to August 10, 2026 (ECF No. 9);

WHEREAS, the Court granted this stipulation on May 22, 2026 (ECF No. 10);

WHEREAS, Woot intends to move to stay this case pending the Ninth Circuit's forthcoming ruling in *Lakes, et al. v. Ubisoft, Inc.*, No. 25-2857, given that resolution of that appeal has the potential to provide guidance to the Court in deciding the issues raised in this case, including the issues to be presented as part of any forthcoming motion to dismiss the claims based on the VPPA;

WHEREAS, for these reasons, counsel for the Parties agree that it will save substantial Party and Court resources to resolve Woot's forthcoming motion to stay before briefing any motion to dismiss.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties through their respective undersigned counsel, that:

1. Woot will file a motion to stay this matter on August 10, 2026;

2. Woot will file a motion to dismiss the Complaint within 21 days following any order denying the motion to stay. In staging the motion to stay and motion to dismiss briefing as described above, Woot does not waive any arguments that could otherwise be raised under Rule 12.

Dated: August 5, 2026

By: */s/ Lauren J. Tsuji*

Nicola C. Menaldo (Bar No. 44459)
Lauren J. Tsuji (Bar No. 55839)
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
*NMenaldo@perkinscoie.com*
*LTsuji@perkinscoie.com*

*Counsel for Defendant Woot.com LLC*

Dated: August 5, 2026

By: */s/ Rebecca L. Solomon*

Kim D. Stephens, P.S. (Bar No. 11984)
kstephens@tousley.com
Rebecca L. Solomon (Bar No. 51520)
rsolomon@tousley.com
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington, 98101
Telephone: 206.682.5600/Fax: 206.682.2992

Mark S. Reich
mreich@zlk.com
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: 212.363.7500/Fax: 212.363.7171

*Counsel for Plaintiffs and Putative Class*

**IT IS SO ORDERED.**

DATED this 6th day of August, 2026.

John H. Chun
United States District Judge