UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUSTIN ROTH, BRANDON ROSE, and ALEXANDER FONSECA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WOOT.COM LLC, as a wholly owned subsidiary of AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:26-cv-01460<br><br>**ORDER GRANTING DEFENDANT WOOT.COM LLC'S MOTION TO STAY PENDING NINTH CIRCUIT APPEAL** |

This matter comes before the Court on Defendant Woot.com LLC's Motion to Stay Pending the Ninth Circuit Appeal of *Lakes v. Ubisoft, Inc.*, No. 25-2857 (9th Cir. May 2, 2025). Dkt. # 14. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. For the reasons presented at Dkt. ## 14 and 16, the Court GRANTS the motion. The Court STAYS this action until the Ninth Circuit resolves the appeal of *Lakes v. Ubisoft*. The Court DIRECTS the parties to file a joint status report within 14 days of the resolution of that appeal. Finally, the Court DIRECTS the parties to meet and confer regarding the preservation of relevant evidence (*see* Dkt. # 15 at 9) and to submit a stipulated order, or competing proposed orders, within 14 days of this order.

//

DATED this 31st day of August, 2026.

John H. Chun
United States District Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000